PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### Abilene Division

Johnny Dwight Houston Jr #82818
Plaintiff's Name and ID Number

Taylor County Jail
Place of Confinement

CASE NO. 1:23-cv-00061
(Clerk will assign the number)

v. City of Abilene; Abilene Police Dept
4565 S. 1st St. Abilene TX 79605
Defendant's Name and Address

City of Abilene;
Defendant's Name and Address

State of Texas;
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form**.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES _X_ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____

        2. Parties to previous lawsuit:

           Plaintiff(s)_____

           Defendant(s)_____

        3. Court: (If federal, name the district; if state, name the county.)_____

        4. Cause number:_____

        5. Name of judge to whom case was assigned:_____

        6. Disposition: (Was the case dismissed, appealed, still pending?)_____

        7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: _Taylor County Jail_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?    ___YES    ___NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
   A. Name and address of plaintiff: _John Y Dwight Houston Jr_
   _910 S. 27th_
   _Abilene TX 79602_

   B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

   Defendant #1: _Abilene Police Dept    4565 S. 1st St_
   _Abilene TX 79605_
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   _Stated they'd tried to reach me, but I was in Jail, And refused to Press Charges 3x's After each notice_

   Defendant #2: _Abilene Police Dept    4565 S. 1st St_
   _Abilene TX 79605_
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   _Violations my rights To Equal Protection_

   Defendant #3: _Abilene Police Dept    4565 S. 1st St_
   _Abilene TX 79605_
   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   _Cruel And Unusual Punishment/Discrimination/Due To Current Arrest Charges Sexual Performance of Child_

   Defendant #4: _State of Texas / City of Abilene_

   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   _Violation of my rights To Equal Protection_

   Defendant #5: _State of Texas / City of Abilene_

   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   _Violation of my right to Self Defense of life And liberty 9 Admendment by means of Convicted Felon_

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Previously to my Prior Arrest of Dec 2021. The Abilene Police Dept was called out to 1250 Yeomans Road Apt #1610I At the Canabury Apartments. To the Apt of Crystal Williams my current Girlfriend. There was a call to a disturbance of her brother Jmicheal Williams Pointed cocked and loaded Golck 40 to the Head of Johnny Dwight Houston Jr. over my sister-in-law Sabrina Cherry refusing to Allow him to stay the nite. lending to him threatning to go back and shoot up her Apt. Which lend to the Argue ment. imyself And Crystal Williams made a report but I didn't Agree to Presscharges to the Following Day. Which What ever offiser was out And ID left a voice mail stating my name And stating Id wished to persue charges. Following my Arrest of Dec 2021 Id wrote the A.P.D. in stated I was currently in Jail And wanted to persue charges. ID Inter bonded out Aug 2022. Id called to checked the status of the case I was told the A.P.D Tried to contact me And was unable to Do. Which Again Id stated Id wanted to persue charges. Ive since had my mother Patricia Brown to call to check the status. An there was never A Follow up made.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Im seeking 3million dollars For every time Id tried to notice the Abilene Police Dept. Id wished to persue charges against this person And Failed. As well As To Enforce the charges Ive been seeking And right to Do So

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Johnny Dwight Houston Jr; Johnny Houston Jr; Johnny Houston; Houston Dwight Johnny Jr

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1279714

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  X  NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____
2. Case number:_____
3. Approximate date sanctions were imposed:_____
4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES _X_ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: _____
                DATE

Houston DWIGHT Johnny Jr
_Houston Dwight Johny Jr._
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ day of _____, 20 ____.
              (Day)                    (month)              (year)

Houston DWIGHT Johnny Jr
_Houston Dwight Johny Jr._
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**






**TAYLOR COUNTY INMATE CORRESPONDENCE**

U.S. District Court Clerk
Office:
P.O. Box #1218
Abilene Tx 79604

Legal Mail.



X-RAY



RECEIVED
MAR 2 3 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



Johnny Dwight Houston Jr #82817
900 J. 27th
Abilene TX 79602