UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JOHNNY DWIGHT HOUSTON, JR.
Institutional ID No. 82818

                Plaintiff,

v.

                                  No. 1:23-CV-00061-H

ABILENE POLICE DPEARTMENT,
*et al.*,

                Defendants.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and

decreed that Plaintiff's civil-rights complaint is dismissed with prejudice for failure to state a

claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated July 14, 2023.

JAMES WESLEY HENDRIX
United States District Judge